THEOPHITUS PEPIN *vs.* WALTER E. KILGOUR. September 29, 1943. Appeals from Appellate Division dismissed. This action of contract was brought in a District Court. Upon a report the Appellate Division ordered a new trial. From this order both the plaintiff and the defendant appealed to this court. These appeals have no standing and must be dismissed. *Weiner* v. *Pictorial Paper Package Corp.* 303 Mass. 123, 125–127.

The case was submitted on briefs.

*H. J. Field*, for the defendant.

*W. A. Davenport*, for the plaintiff.

JACOB NESSON *vs.* JOHN A. MISSEL. October 7, 1943. Appeal dismissed. In this action at law in the Superior Court, the defendant demurred to the declaration. On June 11, 1943, the plaintiff appealed from this order. G. L. (Ter. Ed.) c. 231, § 96. The case became "ripe for final preparation and printing of the record for the full court" on that day. The plaintiff, however, gave no order for such preparation until July 9, 1943, more than ten days thereafter. Such order, therefore, was not given within the requirements of G. L. (Ter. Ed.) c. 231, § 135, as last amended by St. 1941, c. 187. The plaintiff's appeal on July 2, 1943, from an order denying a so called motion that the demurrer be overruled did not extend the time for giving an order for the preparation of papers. The appeal, therefore, must be dismissed.

*J. C. Johnston*, for the plaintiff.

*M. Michelson*, for the defendant.